| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>**TIFFANY & BOSCO** P.A.<br>MEGAN E. LEES (SBN 277805)<br>mel@tblaw.com<br>ROBERT P. ZAHRADKA (SBN 282706)<br>rpz@tblaw.com<br>1455 Frazee Road, Suite 820<br>San Diego, CA 92108<br>Tel.: (619) 501-3503<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* JPMorgan Chase Bank, National Association | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Satinderjit Singh Chadha aka Sat Chadha,<br><br><br><br><br><br><br>                                                                          Debtor. | CASE NO.: 2:19-bk-16516-NB<br><br>CHAPTER: 13<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY** |
|---|---|

PLEASE TAKE NOTE that the Order titled Order Granting Motion for Relief from the Automatic Stay was lodged on (*date*) 08/13/19 and is attached hereto as Exhibit A. This Order relates to the Motion which is Docket No. 13.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                        Page 1                                        **F 9021-1.2.BK.NOTICE.LODGMENT**

**EXHIBIT "A"**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| TIFFANY & BOSCO, P.A.<br>MEGAN E. LEES, ESQ. (SBN 277805)<br>mel@tblaw.com<br>ROBERT P. ZAHRADKA, ESQ. (SBN 272806)<br>rpz@tblaw.com<br>1455 Frazee Road, Suite 820<br>San Diego, CA 92108<br>Tel.: (619) 501-3503<br><br>☒ *Attorney for Movant*<br>☐ *Movant appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Satinderjit Singh Chadha aka Sat Chadha,<br><br><br><br><br><br><br><br><br><br><br>Debtor. | CASE NO.: 2:19-bk-16516-NB<br>CHAPTER: 13<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(REAL PROPERTY)**<br><br>DATE: August 6, 2019<br>TIME: 10:00 a.m.<br>COURTROOM: 1545<br>PLACE: 255 East Temple Street, Los Angeles, CA 90012 |
|---|---|
| **Movant:** JPMorgan Chase Bank, National Association | |

1. The Motion was:    ☒ Opposed    ☐ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following real property (Property):

    *Street address:*          840 Meadow Pass Road
    *Unit/suite number:*
    *City, state, zip code:*   Walnut, California 91789

    Legal description or document recording number (including county of recording):

    20072238202, Los Angeles County, California

    ☐ See attached page.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                                        Page 1                                         **F 4001-1.RFS.RP.ORDER**

3. The Motion is granted under:

   a. ☒ 11 U.S.C. § 362(d)(1)

   b. ☐ 11 U.S.C. § 362(d)(2)

   c. ☐ 11 U.S.C. § 362(d)(3)

   d. ☒ 11 U.S.C. § 362(d)(4). The filing of the bankruptcy petition was part of a scheme to hinder, delay, or defraud creditors that involved:

      (1) ☒ The transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval; and/or

      (2) ☒ Multiple bankruptcy cases affecting the Property.

      (3) ☐ The court   ☐ makes   ☐ does not make   ☐ cannot make
          a finding that the Debtor was involved in this scheme.

      (4) If recorded in compliance with applicable state laws governing notices of interests or liens in real property, this order shall be binding in any other case under this title purporting to affect the Property filed not later than 2 years after the date of the entry of this order by the court, except that a debtor in a subsequent case under this title may move for relief from this order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local government unit that accepts notices of interests or liens in real property shall accept any certified copy of this order for indexing and recording.

4. ☒ As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in Exhibit ___ to this order.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the Property do not constitute a violation of the stay.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a proof of claim pursuant to 11 U.S.C. § 501.

6. ☐ Movant must not conduct a foreclosure sale of the Property before (*date*) ___.

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Agreement contained within this order.

8. ☒ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this order. The secured portion of Movant's claim is deemed withdrawn upon entry of this order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this order.

9. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, as to the same terms and conditions as to the Debtor.

10. ☒ The 14-day stay as provided in FRBP 4001(a)(3) is waived.

11. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

12. Movant, or its agents, may, at its option, offer, provide and enter into a potential forbearance agreement, loan modification, refinance agreement or other loan workout or loss mitigation agreement. Movant, through its servicing agent, may contact the Debtor by telephone or written correspondence to offer such an agreement.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                               Page 2                               **F 4001-1.RFS.RP.ORDER**

13. Upon entry of this order, for purposes of Cal. Civ. Code § 2923.5, the Debtor is a borrower as defined in Cal. Civ. Code § 2920.5(c)(2)(C).

14. ☐ A designated law enforcement officer may evict the Debtor and any other occupant from the Property regardless of any future bankruptcy case concerning the Property for a period of 180 days from the hearing of this Motion

    (a) ☐ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

15. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the Property.

16. ☒ This order is binding and effective in any bankruptcy case commenced by or against any debtor who claims any interest in the Property for a period of 180 days from the hearing of this Motion:

    (a) ☒ without further notice.

    (b) ☐ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

17. ☒ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be

    (a) ☐ without further notice.

    (b) ☒ upon recording of a copy of this order or giving appropriate notice of its entry in compliance with applicable nonbankruptcy law.

18. ☐ Other (*specify*):

###

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2014*                                    Page 3                                    **F 4001-1.RFS.RP.ORDER**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Tiffany & Bosco, P.A., 7720 North 16th Street, Suite 300, Phoenix, Arizona 85020**

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/13/19, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**CHAPTER 13 TRUSTEE:** Kathy A Dockery (TR): EFiling@LATrustee.com
**U.S. TRUSTEE:** United States Trustee - (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) 08/13/19, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE:** Honorable Neil W. Bason, United States Bankruptcy Court, Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1552, Los Angeles, CA 90012
**DEBTOR:** Satinderjit Singh Chadha aka Sat Chadha, 840 Meadowpass Road, Walnut, CA 91789

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 13, 2019 | Cortney Massey | /s/ Cortney Massey |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

**SERVICE VIA UNITED STATES MAIL:**

Arlene Waters
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Hien Van Phan
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Quy Ngoc Huynh
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Daniel Trevor
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Kenneth Oliver
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Leoncio P Guardado
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Ishwarjit Singh Chadha
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Suk Hyun Choi
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Vibha Chadha
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Jeffrey Buck
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Young Hee Hong
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Michael Hall
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Camerina Gonzalez
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Peter Schuster
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Eduardo Zaragoza
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Kenneth Ibingha Odwong
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Luis G Garcia
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Juana Roman
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Suad Rayyan
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Victor Martinez
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

John Martinez
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Kenneth M Kim
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Martha Sanchez
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Julian Chavez
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Shelia Abby
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Eric Thomas
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Kyu B Im
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

Maria Trinidad Figueroa
840 Meadow Pass Road
Walnut, CA  91789
(Interested Party)

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 9021-1.2.BK.NOTICE.LODGMENT**